TAO MING TOM KING, ET AL.

v.

PLANNING BOARD OF THE TOWNSHIP OF
PARSIPPANY–TROY HILLS.

July 11, 1989.

Petition for certification denied.

TWIN OAKS ASSOCIATES AND HEALTH RESOURCES
OF MORRISTOWN, INC.

v.

TOWN OF MORRISTOWN.

July 11, 1989.

Petition for certification denied.

DIVISION OF ENVIRONMENTAL QUALITY, DEPARTMENT OF
ENVIRONMENTAL PROTECTION v. NOREL
PLASTICS CORPORATION.

July 11, 1989.

Petition for certification denied.

UNITED JERSEY BANK v. WILLIAM D. FUGAZY.

July 11, 1989.

Petition for certification denied.